**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-7819

GEORGE ANTHONY DEMPSEY,

Petitioner - Appellant,

versus

JOSEPH V. SMITH,

Respondent - Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Beaufort.  Henry M. Herlong, Jr., District
Judge.  (CA-03-2890)

Submitted:  March 24, 2005          Decided:  March 30, 2005

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

George Anthony Dempsey, Appellant Pro Se.  Barbara Murcier Bowens,
OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

George Anthony Dempsey, a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Dempsey v. Smith, No. CA-03-2890 (D.S.C. Sept. 28, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED